UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAMARA HORTON,

           Plaintiff

- against -

UNITED CEREBRAL PALSY OF NEW YORK CITY, INC., and THERON ALEXIS, individually,

           Defendants.

Case No. 17-CV-2238 (LGS)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that the above entitled action be, and the same hereby is, dismissed with prejudice as to all parties and without costs to any party as against any other.

| DEREK SMITH LAW GROUP PLLC<br>*Attorneys for Plaintiff*<br>One Pennsylvania Plaza<br>Suite 4905, New York, NY 10119<br><br>By: _____<br>Payne Tatich<br><br>Dated: New York, New York<br>~~September~~ ___, 2018<br>Oct. 1 | PUTNEY, TWOMBLY, HALL & HIRSON LLP<br>*Attorneys for UCP*<br>521 Fifth Avenue<br>New York, NY 10175<br><br>By: _____<br>Mary Ellen Donnelly<br><br>Dated: New York, New York<br>September 27, 2018 | LEWIS BRISBOIS<br>*Attorneys for Theron Alexis*<br>77 Water St., Suite 2100<br>New York, NY 10005<br><br>By: _____<br>Elior Shiloh<br><br>Dated: New York, New York<br>September ___, 2018<br>Oct 1, 2018 |

So Ordered:

_____
U.S.D.J.